UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-cv-21970-ALTMAN

**CINTIA MARICIELO CARDENAS**,

*Petitioner,*

*v.*

**MARCOS CHARLES**, *et al.*,

*Respondents.*

_____/

**ORDER**

On April 24, 2026, the Petitioner filed a Notice of Mootness and Request for Dismissal [ECF No. 7], explaining that her Petition for Writ of Habeas Corpus [ECF No. 1] "is now moot" because the "Petitioner has been removed from the United States and is no longer in the custody of Immigration and Customs Enforcement." *Id.* at 1 (emphases omitted). The Petitioner thus requests that we "[d]ismiss the Petition as moot." *Ibid.* Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. The Petition for Writ of Habeas Corpus [ECF No. 1] is **DENIED as moot**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in the Southern District of Florida on April 27, 2026.

_____

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record